## THOMAS BOSTON, SURVIVING PARTNER OF GILBERT LILLY AND THOMAS BOSTON,
### *versus* HUBERT LACROIX

JOURNAL ENTRIES (1817–19): *Journal 2:* (1) Recognizance *p. 530; (2) declaration filed, rule to plead *p. 550; (3) declaration filed, rule to plead *p. 581; (4) rule to plead *p. 590; (5) rule enlarged *p. 590; (6) rule to reply *p. 595; (7) continued *p. 605; (8) appearance *p. 663; (9) cognovit, judgment *p. 684.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) plea of non est factum and of payment, oyer; (5) replication; (6) subpoena; (7) precipe for subpoena; (8) subpoena; (9) precipe for subpoena; (10) precipe for execution ca. sa.; (11) writ of ca. sa. and return; (12) writing obligatory.

*Office Docket*, MS p. 49, c. 1.